**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6282**

———————

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

ROBERT H. MARTIN, a/k/a Biggie,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Albert V. Bryan, Jr.,
Senior District Judge.   (1:98-cr-00452-1)

———————

Submitted:  July 10, 2009            Decided:  July 17, 2009

———————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrea L. Moseley, ZWERLING, LEIBIG & MOSELEY, P.C., Alexandria,
Virginia, for Appellant.  Dana J. Boente, Acting United States
Attorney, Robert E. Draba, Special Assistant United States
Attorney, Gordon D. Kromberg, Assistant United States Attorney,
Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert H. Martin appeals the district court's order partially granting Martin's 18 U.S.C. § 3582(c)(2) (2006) motion for a reduced sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Martin, No. 1:98-cr-00452-1 (E.D. Va. filed Feb. 6, 2009; entered Feb. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED